UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

**SHANE VENABLE**  CASE NO.  6:20-CV-01232

**VERSUS**  JUDGE ROBERT R. SUMMERHAYS

**AMERICAN CONSULTING & TESTING INC.**  MAGISTRATE JUDGE HANNA

## JUDGMENT

Before the Court in this FLSA collective action is a Joint Motion to Approve Settlement Agreement and Dismiss with Prejudice.[1] The motion was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, and noting the absence of objections filed, the Court concludes that the Magistrate Judge's report and recommendation[2] is correct and adopts the findings and conclusions therein as its own. Accordingly,

IT IS ORDERED, ADJUDGED, AND DECREED that, consistent with the report and recommendation, the parties' Joint Motion to Approve Settlement Agreement and Dismiss with Prejudice is GRANTED, and this FLSA collective action is DISMISSED WITH PREJUDICE.

THUS DONE in Chambers on this 10th day of March, 2022.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE

---

[1] ECF No. 28.
[2] ECF No. 32.